UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERMAINE SHONTE RAINES #221947,

        Petitioner,         Case No. 1:12CV767

v.         Hon. Robert J. Jonker

KENNETH T. MCKEE,

        Respondent.
        /

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 3, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 3, 2014, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that Respondent's Motion for Summary Judgment (docket #7) is **GRANTED.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473 (2000).

Dated:    February 26, 2014       /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE